**AFFIDAVIT OF SERVICE**
UNITED STATES DISTRICT COURT
NORTHERN District of California

Case Number: 3:25-CV-08767-AGT

Plaintiff: **MYAH NGUYEN, individually and on behalf of all others similarly situated,**
vs.
Defendant: **DISCORD INC.**

For: KRISTEN LAKE CARDOSO
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT

Received by Caplan, Caplan & Caplan Process Servers on the 14th day of October, 2025 at 3:19 pm to be served on **DISCORD INC. C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801.** I, ADAM GOLDEN, being duly sworn, depose and say that on the 15 day of OCT, 2025 at 11:43 a.m., executed service by delivering a true copy of the **SUMMONS, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION, AND CLASS ACTION COMPLAINT DEMAND FOR JURY TRIAL** in accordance with state statutes in the manner marked below:

( )PUBLIC AGENCY:By serving ____ as ____ Served the named agency by delivering a true copy of pleadings and informed said person of the contents therein,with date,hour,initials of service endorsed thereon by me in compliance with State Statute

( )CORPORATE SERVICE/CORPORATE LLC:By serving ____ as ____. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with the date,hour and initial of service endorsed thereon by me in compliance with State Statute

(X)CORPORATE REGISTERED AGENT:By serving ROBIN HUTT-BANKS as Registered Agent. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with date,hour,initials of service endorsed by me in compliance with State Statute

( )CORPORATE REGISTERED AGENT EMPLOYEE:By serving ____ as Employee of Registered agent. Served the named person by deliveringa true copy of pleadings and informed person of the contents therein,with date,hour,initials of service endorsed thereon by me in compliance with F.S.48.081(3)(a) and 48.091,the registered agent failed to comply by not being available for service between the hours of 10am-12pm or 2pm-4pm

( )CORPORATE SUBSTITUTE RESIDENTIAL:By serving ____ as ____ Served the named person at a residence by delivering true copy of pleadings and informed person of the contents therein,withthe date,hour and initials of service endorsed thereon by me in compliance with F.S.48.081(3)(b) and48.031(1)(a) as the registered agent failed to comply by not being available for service between10am-12pm or 2pm-4pm

( )SERVED:Served a Authorized person by delivering a true copy with date and hour of service endorsed to ____ as ____ who stated they are authorize to accept service for deponent and informed said person of the contents

( )NO SERVICE:Reason stated in comments

**COMMENTS:**

Age 60 Sex M (F) Race B Height 5'6" Weight 200 Hair BRN Glasses (Y) N

I certify that I am over the age of 18, have no interest in the above action, Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in good standing in the judicial circuit in which the process was served in the county in which this defendant/witness was served. ~~Pursuant to FS~~ 92.525(2) and 28 USC Section 1746, no notary is required.

Subscribed and Sworn to before me on the 15 day of OCT 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

GEORGE H COVERT III
MY COMMISSION EXPIRES Feb. 13, 2026
NOTARY PUBLIC
STATE OF DELAWARE

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

**Caplan, Caplan & Caplan Process Servers**
**351 SW 136th Avenue**
**Suite 207**
**Davie, FL 33325**
**(305) 374-3426**

Our Job Serial Number: 2025038436
Ref: 10277-795

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e