M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
916.823.6955 (Tel)
206.441.8711 (Fax)
*anderson@emeryreddy.com*
*gregory@emeryreddy.com*

**LAUKAITIS LAW LLC**
Kevin Laukaitis*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel.: (215) 789-4462
*klaukaitis@laukaitislaw.com*

*Attorneys for Plaintiff Henry Zou and the Proposed Class*

Joseph W. Cotchett (SBN 36324)
Thomas E. Loeser (SBN 202724)
Gia Jung (SBN 340160)
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcom Rd., Ste. 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577
jcotchett@cpmlegal.com
tloeser@cpmlegal.com
gjung@cpmlegal.com

Karin B. Swope (*pro hac vice* forthcoming)
Andrew J. Fuller (*pro hac vice* forthcoming)
Jacob M. Alhadeff (*pro hac vice* forthcoming)
**COTCHETT, PITRE & McCARTHY LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
kswope@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs Lorainne Jeska and Sarah Chavez*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE UCETA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08582-JD<br><br>**PLAINTIFFS HENRY ZOU, LORAINNE JESKA, AND SARAH CHAVEZ'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. James Donato<br>Complaint Filed: October 7, 2025 |
| TUAN NGUYEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08668-SK<br><br>Judge: Hon. Sallie Kim<br>Complaint Filed: October 9, 2025 |

| | |
|---|---|
| LORAINNE JESKA and SARAH CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC. and ZENDESK, INC ,<br><br>Defendants. | Case No. 3:25-cv-08693-VC<br><br>Judge: Hon. Vince Chhabria<br>Complaint Filed: October 9, 2025 |
| THONG NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08747-JCS<br><br>Judge: Hon. Joseph C. Spero<br>Complaint Filed: October 13, 2025 |
| MYAH NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08767-AGT<br><br>Judge: Hon. Alex G. Tse<br>Complaint Filed: October 14, 2025 |
| HENRY ZOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08826-SK<br><br>Judge: Hon. Sallie Kim<br>Complaint Filed: October 15, 2025 |

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08913-SK<br><br>Judge: Hon. Sallie Kim<br>Complaint Filed: October 16, 2025 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiff Henry Zou, plaintiff in the *Henry Zou v. Discord Inc.,* Case No. 3:25-cv-08826-SK action, and Plaintiffs Lorraine Jeska and Sarah Chavez, plaintiffs in the *Lorainne Jeska et al. v. Discord, Inc. et al.,* Case No. 3:25-cv-08693-VC action, hereby submit this Administrative Motion for the Court to consider whether *Tuan Nguyen v. Discord, Inc.,* Case No. 3:25-cv-08668-SK; *Lorainne Jeska et al. v. Discord, Inc. et al.,* Case No. 3:25-cv-08693-VC; *Thong Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08747-JCS; *Myah Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08767-AGT, *Henry Zou v. Discord Inc.,* Case No. 3:25-cv-08826-SK, and *Vishal Shah v. Discord, Inc.*, Case No. 3:25-cv-08913-SK should be related to the lowest numbered *Jacqueline Uceta v. Discord, Inc.,* Case No. 3:25-cv-08582-JD action currently before this Court.

Under Local Rule 3-12(a), "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, both criteria are satisfied.

The *Tuan Nguyen*, *Lorainne Jeska et al.*, *Thong Nguyen*, *Myah Nguyen*, *Henry Zou*, *Vishal Shah*, and *Jacqueline Uceta* actions are related because they concern substantially the same parties, property, transactions, or events. All seven cases are proposed class actions with allegations arising from a data breach that compromised the Personally Identifiable Information (PII) of Plaintiffs and the proposed class. The actions all share a common defendant, Discord, Inc. One action, the *Lorainne*

*Jeska* matter, raises claims related to the data breach against both Discord, Inc. and Zendesk, Inc. The actions all assert claims for negligence as well as various other common law and statutory claims arising from alleged failures to take reasonable measures to protect the PII of Plaintiffs and members of the proposed class; all involve the same or substantially identical factual allegations; and all seek the same relief, including damages, interest, injunctive and equitable relief, and attorney's fees.

Given the substantially same parties, allegations, and requested relief, adjudication of these actions separately would create an unduly burdensome duplication of labor and expense. Assignment of these cases to a single United States District Court Judge will conserve judicial resources and eliminate the potential for conflicting results. The actions are at a preliminary stage and thus assignment to a single judge would not prejudice any of the parties.

For the reasons set forth above, Plaintiffs Henry Zou, Lorraine Jeska, and Sarah Chavez respectfully request that the Court relate the *Tuan Nguyen*, *Lorrainne Jeska et al.*, *Thong Nguyen*, *Myah Nguyen*, *Henry Zou*, and *Vishal Shah* actions to the lowest numbered *Jacqueline Uceta* action presently pending before this Court and reassign *Tuan Nguyen*, *Lorrainne Jeska et al.*, *Thong Nguyen*, *Myah Nguyen*, *Henry Zou*, and *Vishal Shah* to this Court for all further proceedings, pursuant to Local Rule 3-12(a).

Dated: October 22, 2025

Respectfully submitted.

*/s/ M. Anderson Berry*
M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
916.823.6955 (Tel)
206.441.8711 (Fax)
*anderson@emeryreddy.com*
*gregory@emeryreddy.com*

**LAUKAITIS LAW LLC**
Kevin Laukaitis*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel.: (215) 789-4462
*klaukaitis@laukaitislaw.com*

*Attorneys for Plaintiff Henry Zou and the Putative Class*

Joseph W. Cotchett, Cal. Bar No. 36324
Thomas E. Loeser, Cal. Bar No. 202724
Gia Jung, Cal. Bar No. 340160
**COTCHETT, PITRE**
**& MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
tloeser@cpmlegal.com
gjung@cpmlegal.com

Karin B. Swope (*pro hac vice* to be filed)
Andrew J. Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
**COTCHETT, PITRE**
**& MCCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
Facsimile: (206)-299-4184
kswope@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs Lorainne Jeska and Sarah Chaves and the Putative Class*

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of October 2025, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

*/s/ M. Anderson Berry*
M. Anderson Berry (SBN 262879)