M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
916.823.6955 (Tel)
206.441.8711 (Fax)
*anderson@emeryreddy.com*
*gregory@emeryreddy.com*

**LAUKAITIS LAW LLC**
Kevin Laukaitis*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel.: (215) 789-4462
*klaukaitis@laukaitislaw.com*

*Attorneys for Plaintiff Henry Zou and the Proposed Class*

Joseph W. Cotchett (SBN 36324)
Thomas E. Loeser (SBN 202724)
Gia Jung (SBN 340160)
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcom Rd., Ste. 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577
jcotchett@cpmlegal.com
tloeser@cpmlegal.com
gjung@cpmlegal.com

Karin B. Swope (*pro hac vice* forthcoming)
Andrew J. Fuller (*pro hac vice* forthcoming)
Jacob M. Alhadeff (*pro hac vice* forthcoming)
**COTCHETT, PITRE & McCARTHY LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
kswope@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs Lorainne Jeska and Sarah Chavez*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JACQUELINE UCETA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

DISCORD, INC,

Defendant.

Case No. 3:25-cv-08582-JD

**DECLARATION OF M. ANDERSON BERRY IN SUPPORT OF PLAINTIFFS HENRY ZOU, LORAINNE JESKA, AND SARAH CHAVEZ'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Judge: Hon. James Donato
Complaint Filed: October 7, 2025

TUAN NGUYEN, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

DISCORD, INC,

Defendant.

Case No. 3:25-cv-08668-SK

Judge: Hon. Sallie Kim
Complaint Filed: October 9, 2025

| | |
|---|---|
| LORAINNE JESKA and SARAH CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC. and ZENDESK, INC ,<br><br>Defendants. | Case No. 3:25-cv-08693-VC<br><br>Judge: Hon. Vince Chhabria<br>Complaint Filed: October 9, 2025 |
| THONG NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08747-JCS<br><br>Judge: Hon. Joseph C. Spero<br>Complaint Filed: October 13, 2025 |
| MYAH NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08767-AGT<br><br>Judge: Hon. Alex G. Tse<br>Complaint Filed: October 14, 2025 |
| HENRY ZOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08826-SK<br><br>Judge: Hon. Sallie Kim<br>Complaint Filed: October 15, 2025 |

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08913-SK<br><br>Judge: Hon. Sallie Kim<br>Complaint Filed: October 16, 2025 |

1. I, M. Anderson Berry, am an attorney at law licensed to practice in the State of California and in this District. I am thoroughly familiar with and have personal knowledge of all of the facts set forth herein.

2. I am one of the principal members of Emery Reddy, PC, and am one of the lead attorneys for Plaintiff Henry Zou in case no. 3:25-cv-08826-SK. Pursuant to Local Rules 3-12 and 7-11, I submit this declaration in support of Plaintiffs Henry Zou, Lorainne Jeska, and Sarah Chavez's Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion"). Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

3. Counsel for Plaintiff in the related *Henry Zou v. Discord, Inc.*, Case No. 3:25-cv-08826-SK action has been in contact with Plaintiff's counsel in the above-captioned *Lorraine Jeska et al. v. Discord, Inc. et al.*, Case No. 3:25-cv-08693-VC action and intends to work cooperatively with them. On October 17, 2025, I emailed Plaintiff's counsel in *Jeska* to inform them that I would be filing this Administrative Motion. Plaintiff's counsel in *Jeska* informed me that they agree that the cases should be related and we file the Administrative Motion jointly.

4. Counsel for Plaintiff in the related *Henry Zou v. Discord, Inc.*, Case No. 3:25-cv-08826-SK action has been in contact with Plaintiff's counsel in *Tuan Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08668-SK, *Thong Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08747-JCS, *Myah Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08767-AGT, *Vishal Shah v. Discord, Inc.*, Case No. 3:25-cv-08913-SK, and intends to work cooperatively with them. On October 20, 2025, I spoke to Plaintiff's counsel in *Tuan Nguyen, Thong Nguyen, Myah Nguyen,* and *Vishal Shah* matters to inform them that I would

be filing this administrative motion to relate cases. Plaintiff's counsel in *Tuan Nguyen, Thong Nguyen, Myah Nguyen,* and *Vishal Shah* informed me that they agree that the cases should be related.

5. On October 22, Plaintiff in the related *Henry Zou v. Discord, Inc*., Case No. 3:25-cv-08826-SK action has been in contact with Plaintiff's counsel in *Jacqueline Uceta v. Discord, Inc.,* Case No. 4:25-cv-08582-JD, and intends to work cooperatively with them. On October 20, 21 and 22, I spoke to Plaintiff's counsel in *Tuan Nguyen, Thong Nguyen, Myah Nguyen, Vishal Shah*, and *Jacqueline Uceta* matters to inform them that I would be filing this administrative motion to relate cases. Plaintiff's counsel in *Tuan Nguyen, Thong Nguyen, Myah Nguyen, Vishal Shah* and *Jacqueline Uceta* informed me that they agree that the cases should be related.

6. No counsel for Defendant has appeared yet in the above-captioned action or in any of the Related Cases.

7. In order to file the Administrative Motion to Consider Whether Cases Should be Related promptly, as required by Civil Local Rule 3-12, a stipulation could not be obtained prior to the filing of this Administrative Motion.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Sacramento, California on this 22nd day of October 2025.

*/s/ M. Anderson Berry*
M. Anderson Berry