M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**EMERY REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
916.823.6955 (Tel)
206.441.8711 (Fax)
*anderson@emeryreddy.com*
*gregory@emeryreddy.com*

**LAUKAITIS LAW LLC**
Kevin Laukaitis*
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel.: (215) 789-4462
*klaukaitis@laukaitislaw.com*

*Attorneys for Plaintiff Henry Zou and the Proposed Class*

Joseph W. Cotchett (SBN 36324)
Thomas E. Loeser (SBN 202724)
Gia Jung (SBN 340160)
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcom Rd., Ste. 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577
jcotchett@cpmlegal.com
tloeser@cpmlegal.com
gjung@cpmlegal.com

Karin B. Swope (*pro hac vice* forthcoming)
Andrew J. Fuller (*pro hac vice* forthcoming)
Jacob M. Alhadeff (*pro hac vice* forthcoming)
**COTCHETT, PITRE & McCARTHY LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
kswope@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs Lorainne Jeska and Sarah Chavez*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JACQUELINE UCETA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

DISCORD, INC,

Defendant.

Case No. 4:25-cv-08582-JD

**[PROPOSED] ORDER GRANTING PLAINTIFFS HENRY ZOU, LORAINNE JESKA, AND SARAH CHAVEZ'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Judge: Hon. James Donato
Complaint Filed: October 7, 2025

TUAN NGUYEN, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

DISCORD, INC,

Defendant.

Case No. 3:25-cv-08668-SK

Judge: Hon. Sallie Kim
Complaint Filed: October 9, 2025

| | |
|---|---|
| LORAINNE JESKA and SARAH CHAVEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC. and ZENDESK, INC ,<br><br>Defendants. | Case No. 3:25-cv-08693-VC<br><br>Judge: Hon. Vince Chhabria<br>Complaint Filed: October 9, 2025 |
| THONG NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08747-JCS<br><br>Judge: Hon. Joseph C. Spero<br>Complaint Filed: October 13, 2025 |
| MYAH NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08767-AGT<br><br>Judge: Hon. Alex G. Tse<br>Complaint Filed: October 14, 2025 |
| HENRY ZOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08826-SK<br><br>Judge: Hon. Sallie Kim<br>Complaint Filed: October 15, 2025 |

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCORD, INC,<br><br>Defendant. | Case No. 3:25-cv-08913-SK<br><br>Judge: Hon. Sallie Kim<br>Complaint Filed: October 16, 2025 |

On October 22, 2025, Plaintiffs in the related *Henry Zou v. Discord, Inc.*, Case No. 3:25-cv-08826-SK and *Lorainne Jeska, et al. v. Discord, et al.*, Case No. 3:25-cv-08693-VC, filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, **HEREBY GRANTS** the motion. **IT IS SO ORDERED.**

**IT IS ORDERED** that *Tuan Nguyen v. Discord, Inc.,* Case No. 3:25-cv-08668-SK; *Lorainne Jeska et al. v. Discord, Inc. et al.,* Case No. 3:25-cv-08693-VC; *Thong Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08747-JCS; *Myah Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08767-AGT, *Henry Zou v. Discord Inc.,* Case No. 3:25-cv-08826-SK, and *Vishal Shah v. Discord, Inc.*, Case No. 3:25-cv-08913-SK are related to the lowest numbered *Jacqueline Uceta v. Discord, Inc.,* Case No. 4:25-cv-08582-JD, currently pending before this Court. These actions concern substantially the same parties, property, transaction, or event, and it appears likely that there would be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

*Tuan Nguyen*, *Lorrainne Jeska et al.*, *Thong Nguyen*, *Myah Nguyen*, *Henry Zou*, and *Vishal Shah* shall be reassigned to the undersigned judge pursuant to Local Rule 3-12.

Dated: October ______, 2025

_________________________________
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE