THOMAS WAKEFIELD, State Bar No. 330121
STEPHANIE CHENG, State Bar No. 319856
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: twakefield@wsgr.com
stephanie.cheng@wsgr.com

*Attorneys for Defendant*
*Discord Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYAH NGUYEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISCORD, INC.,<br><br>Defendant. | Case No.: 3:25-cv-08767 (AGT)<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS BY DEFENDANT DISCORD INC.**<br><br>Action filed: October 14, 2025<br><br>Before: Hon. Alex G. Tse |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Discord Inc. discloses the following:

Discord Inc. does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no other interest to report.

Dated: October 27, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Thomas Wakefield*
Thomas Wakefield
E-mail: twakefield@wsgr.com

*Attorneys for Defendant*
*Discord Inc.*