THOMAS WAKEFIELD, State Bar No. 330121
STEPHANIE CHENG, State Bar No. 319856
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: twakefield@wsgr.com
stephanie.cheng@wsgr.com

*Attorneys for Defendant*
*Discord Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYAH NGUYEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISCORD INC.,<br><br>Defendant. | Case No.: 3:25-cv-08767-AGT<br><br>**JOINT STIPULATION EXTENDING BRIEFING SCHEDULE**<br><br>Action filed: October 14, 2025<br><br>Before: Hon. Alex G. Tse |

Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant Discord Inc. ("Discord"), by and through their attorneys, (collectively, the "Parties"), hereby request that the Court order the schedule below.

**RECITALS**

This stipulation is based on the following facts:

WHEREAS, on October 14, 2025, Plaintiffs filed the Complaint;

WHEREAS, on October 15, 2025, Discord was served;

WHEREAS, on October 22, 2025, Plaintiffs filed an Administrative Motion to Consider Whether Cases Should be Related [ECF No. 7], proposing that *Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08668-SK (N.D. Cal. filed October 9, 2025); *Jeska et al. v. Discord, Inc. et al.*, Case No. 3:25-cv-08693-VC (N.D. Cal. filed October 9, 2025); *Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08747-JCS (N.D. Cal. filed October 13, 2025); *Nguyen v. Discord, Inc.*, Case No. 3:25-cv-08767-AGT (N.D. Cal. filed October 14, 2025), *Zou v. Discord Inc.*, Case No. 3:25-cv-08826-SK (N.D. Cal. filed October 15, 2025), and *Shah v. Discord, Inc.*, Case No. 3:25-cv-08913-SK (N.D. Cal. October 16, 2025), should be related to *Uceta v. Discord, Inc.*, Case No. 3:25-cv-08582-JD (N.D. Cal. filed October 7, 2025), which is the lowest numbered case;

WHEREAS, on October 24, 2025, Plaintiffs filed a Second Administrative Motion to Consider Whether Cases Should be Related [ECF No. 8], proposing that an eighth-filed case, *Marquez v. Discord, Inc.*, Case No. 3:25-cv-09102-SK (N.D. Cal. filed October 22, 2025), should also be related;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Discord's deadline to file an answer or responsive pleading is November 5, 2025;

WHEREAS, the Plaintiff in this matter and the Plaintiffs in related matters are preparing a motion to consolidate, which Discord consents to;

WHEREAS, an extension of the briefing schedule will allow the Parties time to move for consolidation, and for the Court to rule on that motion, which the Parties believe will serve the interests of judicial economy;

WHEREAS, this extension will not cause undue delay.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, subject to approval of the Court that:

1. Defendant shall file an answer or responsive pleadings 45 days after either:
    1. The forthcoming motion to consolidate is denied, or;
    2. Plaintiffs file a consolidated complaint.
2. Plaintiffs shall have 45 days to file an opposition to Defendants' responsive pleadings.
3. Defendant shall have 30 days to file replies in support of any responsive pleadings.

No deadlines will be affected by this stipulation except those expressly stated herein.

Dated: October 29, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Thomas Wakefield*
Thomas Wakefield
E-mail: twakefield@wsgr.com

*Attorneys for Defendant Discord Inc.*

Dated: October 29, 2025

KOPELOWITZ OSTROW P.A.

By: /s/ *Kristen Cardoso*
Kristen Cardoso
E-mail: cardoso@kolawyers.com

*Attorneys for Plaintiffs Myah Nguyen, et al.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Thomas Wakefield, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION EXTENDING BRIEFING SCHEDULE.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kristen Cardoso has concurred in this filing.

Dated: October 29, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Thomas Wakefield*
Thomas Wakefield
E-mail: twakefield@wsgr.com

*Attorneys for Defendant Discord Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of October 2025, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: October 29, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Thomas Wakefield*
Thomas Wakefield
E-mail: twakefield@wsgr.com

*Attorneys for Defendant*
*Discord Inc.*