THOMAS WAKEFIELD, State Bar No. 330121
STEPHANIE CHENG, State Bar No. 319856
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: twakefield@wsgr.com
stephanie.cheng@wsgr.com

*Attorneys for Defendant*
*Discord Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYAH NGUYEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISCORD, INC.,<br><br>Defendant. | Case No.: 3:25-cv-08767-AGT<br><br>**[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE**<br><br>Action filed: October 14, 2025<br><br>Before: Hon. Alex G. Tse |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED THAT:

1. Defendant shall file an answer or responsive pleadings 45 days after either:
   a. Consolidation of related matters is denied, or;
   b. Plaintiffs file a consolidated complaint.
2. Plaintiffs shall have 45 days to file an opposition to Defendants' responsive pleadings.
3. Defendants shall have 30 days to file replies in support of any responsive pleadings.

**SO ORDERED**

Dated: ___________________ ____________________________________

The Hon. Alex G. Tse
United States District Judge