UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should Be Related (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case:

25-cv-08582-JD
Uceta v. Discord, Inc.

I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 25-cv-08668-SK | Nguyen v. Discord Inc. | **JD** | |
| 25-cv-08693-VC | Jeska v. Discord, Inc. | **JD** | |
| 25-cv-08747-WHO | Nguyen v. Discord Inc. | **JD** | |
| 25-cv-08767-AGT | Nguyen v. Discord Inc. | **JD** | |
| 25-cv-08826-SK | Zou v. Discord, Inc. | **JD** | |
| 25-cv-08913-SK | Shah v. Discord, Inc. | **JD** | |
| 25-cv-09102-SK | Marquez v. Discord, Inc. | **JD** | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: November 6, 2025

By: ______________________________
James Donato
United States District Judge